SAMUEL HEINE, PLAINTIFF-APPELLANT, v. MARY GOUGER, DEFENDANT-RESPONDENT.

Submitted January term, 1930—Decided March 10, 1930.

Before Justices PARKER, BLACK and BODINE.

For the plaintiff-appellant, *Aaron Heine.*

For the defendant-respondent, *Sidney Kaplan.*

PER CURIAM.

This suit was brought in the Camden City District Court to recover a book account amounting to $244.80. The case was tried by the court without a jury resulting in a judgment for the defendant. There is nothing in the paper book sent up with the appeal, presenting a question of law, upon

which the judgment of the District Court can properly be reviewed by the Supreme Court. No specification of errors has been filed. *Pratt* v. *Union National Bank*, 81 *N. J. L.* 588. The judgment of the Camden City District Court is therefore affirmed, with costs.